NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1383
(Serial No. 08/998,507)

IN RE ALBERT BAUER,

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

<u>O R D E R</u>

Upon consideration of Albert Bauer's unopposed motion for a 45-day extension of time, until September 25, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   William J. Sapone, Esq.
      Raymond T. Chen, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK